## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MCM TECHNOLOGIES, INC.,<br><br>            Plaintiff,<br><br>            v.<br><br>UNITED STATES,<br><br>            Defendant. | Court No. 22-00005 |

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE, that plaintiff, MCM Technologies, Inc., through its undersigned attorneys and pursuant to USCIT R. 41(a)(1)(A)(i), hereby dismisses this action.

                                          Respectfully submitted,

                                          GRUNFELD, DESIDERIO, LEBOWITZ<br>
                                          SILVERMAN & KLESTADT LLP<br>
                                          *Attorneys for Plaintiff*<br>
                                          599 Lexington Avenue, FL 36<br>
Dated: January 30, 2024           New York, New York 10022<br>
       New York, New York          Tel. (212) 557-4000, jspraragen@gdlsk.com

                                   By:    /s/ Joseph M. Spraragen<br>
                                           Joseph M. Spraragen

ORDER OF DISMISSAL

Court No. 22-00005, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

                                             Clerk, United States Court of International Trade

Dated: January 30, 2024           By:  /s/ Jason Chien<br>
                                             Deputy Clerk